**No. 66062.**—Service Cycle Supply Corporation *v.* United States, protests 60/28218(B) and 60/28218(C) (New York).

Opinion by LAWRENCE, J. From a review of the record in these cases, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protests were, therefore, overruled.

**No. 66063.**—R. H. Newmark, Inc. *v.* United States, protest 60/28601(B) (New York).

Opinion by LAWRENCE, J. An examination of the protest disclosing that it was untimely filed under section 514, Tariff Act of 1930 (19 U.S.C. § 1514), the protest was dismissed.

SEPTEMBER 8, 1961

**No. 66064.**—B. Altman & Co. and Bloomingdale Bros. (a div. of Fed. Dept. Stores, Inc.) *v.* United States, protests 60/14449 and 60/12993. Plaintiffs' application for rehearing granted.

SEPTEMBER 13, 1961

**No. 66065.**—Fairchild Camera & Instrument Corp. and Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 319849–K.— Plaintiffs' application for rehearing denied.

SEPTEMBER 13, 1961

**No. 66066.**—SUIT 5056.—United States *v.* Charles Garcia & Co., Inc.— C.D. 2187 affirmed July 21, 1961. C.A.D. 780.

**No. 66067.**—SUIT 5062.—United States *v.* Rambush Decorating Co. and General Shipping & Trading Co.— C.D. 2204 reversed June 2, 1961. C.A.D. 776.

**No. 66068.**—APPEAL 5076.—United States *v.* A. N. Deringer, Inc.— —A.R.D. 127. Appeal dismissed July 21, 1961.